UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROBERT DAVID RAWSON,**

        **Plaintiff,**

v.                                         Case No: 6:16-cv-11-Orl-41TBS

**OHIO, FLORIDA, MICHIGAN, NEW JERSEY, NEW YORK, DELAWARE, OREGON, WASHINGTON, DISTRICT OF COLUMBIA and ANY PERSON; POLITICAL SUBDIVISION; STATE; SOVEREIGN; DEPARTMENT; AGENT; PARTY,**

        **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Report and Recommendation (Doc. 2) issued by United States Magistrate Judge Thomas B. Smith. Therein, Judge Smith recommends dismissing this case with prejudice. The pro se Plaintiff filed two Objections (Doc. Nos. 3, 5), neither of which set forth any coherent arguments as to why this case should not be dismissed.

Accordingly, after an independent *de novo* review, the Court agrees entirely with the analysis in the Report and Recommendation. It is **ORDERED** and **ADJUDGED** as follows.

1. The Report and Recommendation (Doc. 2) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. This case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2016.



Copies furnished to:

Unrepresented Party